**Carrie FRISON, Respondent,**

v.

**Jack FRISON, Appellant.**

**No. 50586.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 23, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1986.

Shaw, Howlett & Schwartz, Clayton, for appellant.

Hardcastle & West, Michael Hardcastle, St. Louis, for respondent.

### ORDER

PER CURIAM.

Jack Frison, appellant herein, appeals from a decree of dissolution of marriage. The judgment of the trial court is affirmed. Rule 84.16(b).